IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PANOPTIS PATENT MANAGEMENT, LLC, OPTIS CELLULAR TECHNOLOGY, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>BLACKBERRY CORPORATION, BLACKBERRY LIMITED,<br><br>*Defendants*. | Case No. 2:16-CV-00059-JRG-RSP (Lead Case)<br><br>Case No. 2:16-CV-00060-JRG-RSP (Consolidated Case) |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on February 10, 2017 (Dkt. No. 110) recommending that Blackberry's Motion to Dismiss (Dkt. No. 43) be denied. Having reviewed the objections filed by Blackberry (Dkt. No. 116) and finding them to be without sufficient merit, the Recommendation is ADOPTED.

Blackberry's Motion to Dismiss (Dkt. No. 43) is hereby **DENIED**.

**So ORDERED and SIGNED this 28th day of February, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE